JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| AARON M. WALKER, | ) | No. CV 10-04936-ABC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DOMINGO URIBE, JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: July 15, 2010

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE